**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Deposit Ins. Corp., as Receiver for) First National Bank of Nevada, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Syndicate 2003 at Lloyds, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CV-11-2083-PHX-SMM <br><br><br><br> **ORDER** |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 91.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** all claims asserted by the FDIC against Lloyd's and all counterclaims asserted by Lloyd's against the FDIC, with both parties to bear their own costs and attorney's fees.

DATED this 8th day of February, 2013.

Stephen M. McNamee
Senior United States District Judge